# Exhibit L

**From:** Dinius, Anne-Marie
**To:** Sojoodi, Eman; Cyudell
**Cc:** Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021
**Date:** Thursday, December 9, 2021 10:55:57 PM

Craig,

Dell's position is straight-forward as well. Dell must be able to conduct its diligence regarding Atlas' patents. By necessity, this involves evaluating the technical merits of Atlas' claims. For that, we need to engage with our supplier, Intel, who is the one that implements the WiFi-6 standard and knows the details of how that is done. We would like to take you up on your offer regarding a specific NDA we can share with Intel. Please send that over to us. Although we are unsure how Intel will respond, we will nonetheless share it with them and try to move that forward.

In parallel, given that Atlas will not provide us with any of the technical information we have requested without also restricting us from sharing with Intel, Dell will begin its technical analysis as you suggest by reviewing the patents identified in publicly available information from the patent infringement complaints Atlas has filed.

Simultaneously, although premature timing-wise prior to the above technical analysis, Dell is willing to go ahead and receive your proposals for a FRAND royalty rate structure and the significant royalty discounts. Do you have a separate narrow NDA that covers only such financial disclosures? If so, we would be happy to review it.

Best,
Anne-Marie

**From:** Sojoodi, Eman <Eman_Sojoodi@Dell.com>
**Sent:** Wednesday, November 24, 2021 9:33 AM
**To:** Craig Yudell; Dinius, Anne-Marie
**Cc:** Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Craig – thanks for your email.  Just letting you know we received it and will get back to you soon.
Best,
Eman

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Thursday, November 11, 2021 4:29 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

Thank you for your detailed explanation of Dell's position.  Atlas' position is much simpler than you have characterized — Atlas will only disclose its confidential information under NDA, whether that be to Dell or a Dell supplier.  Dell wants its supplier to have access to Atlas' confidential information to help evaluate this opportunity.  To have such access, the supplier will need to be under Atlas' NDA.

To move our discussions forward, Atlas is willing to consider such an arrangement.  However, Dell must facilitate getting its supplier under NDA, not Atlas.  We frankly don't understand your demand that we reach out directly to a Dell supplier.  If you would like to proceed on this path, please provide me with the name of the supplier and I will send you a draft agreement for their review.

If you choose not to put NDAs in place, Dell is of course free to review this opportunity without our confidential information. Dell and its supplier have public access to the full list of Atlas' patents and the Wi-Fi 6 standard, and so are free to work together to conduct an analysis.  Regarding your request for specific patent numbers and sections of the standard, Atlas cannot assist in your review by providing our legal analysis regarding the patents vis-à-vis the standard without an NDA.

In the alternative, I believe we can move these discussions forward by opening a dialog on the financial terms of a license to Atlas' Wi-Fi 6 standard essential patent portfolio.  Under NDA, we can show you our FRAND royalty rate structure and significant royalty discounts that are being offered to early adopters at this time. With this information, Dell will be better informed as to the value of taking a license at this very early stage of our licensing campaign, and further will be in a better position to assess the criticality of including your supplier in a technical analysis.

Please let me know how you would like us to move forward at this time.

Best Regards,
Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Wednesday, October 13, 2021 11:27 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Hello Craig,

Following up on our meeting of September 30, 2021 and thank you for meeting with us. We continue to struggle with the barrier you've placed in the way of our working with suppliers to analyze your concerns. Atlas will not allow Dell to share claim charts (if disclosed) without NDA terms in place between Atlas and the suppliers. But, Atlas will not contact the suppliers to put that in place. And, since Atlas has refused to deal with or license suppliers directly, the suppliers will not reach out to Atlas. Further, unless there is an NDA in place that restricts Dell from sharing any details with the suppliers, Atlas will not disclose claim charts to Dell.

As you know, Dell obtains its Wi-Fi 6 components from suppliers who develop the relevant

functionality and are in possession of the internal technical details (which Dell does not have). Unless Dell can work openly with our suppliers, we are unable to fully analyze and respond to Atlas' concerns in its allegations or fully address licensing proposals. For that and other reasons we've discussed, Dell disagrees with Atlas' positions and approach to this.

However, we are ready to move this forward in an attempt to reach a mutually agreeable resolution. Dell takes allegations of infringement seriously, and remains willing to participate in F/RAND licensing discussions to evaluate and resolve Atlas' patents and concerns. To that end, as you suggested and we discussed on our call, we are willing to move the discussions forward by Atlas sharing at least a list of patent numbers that Atlas would like Dell to review. We would also request that you point to sections of the Wi-Fi 6 specification that Atlas believes are relevant to each of those listed patents. To the extent Atlas shares just the former, or both, Dell will be free to conduct its own analysis and work with its suppliers in its discretion. Although we would prefer the efficiency of starting with claim charts and other details from Atlas, you have made that path unproductive at this point.

Let us know if you are willing to proceed.
Anne-Marie

**From:** Dinius, Anne-Marie
**Sent:** Wednesday, September 29, 2021 10:06 PM
**To:** Craig Yudell
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Hello Craig,
Following up on our call of last Friday where we talked about sharing claim charts with our supplier(s) once we have entered into an NDA with Atlas and once Atlas has provided us with claim charts.  We have been wrestling with Atlas' position, i.e., it will not allow us to share claim charts with our supplier(s) absent an agreement between Atlas and our supplier(s).  We understand this is because Atlas would like to be in privity with our supplier(s) directly in case there is a breach of the confidentiality provisions in the NDA, even though Atlas would have a remedy against Dell in this instance.

We have reached out to our supplier(s) and they have refused to enter into a separate NDA with Atlas because we already have a confidentiality provision in place with them.  Atlas is likewise not willing to contact our suppliers directly.

Dell is struggling to understand why the claim charts should be deemed confidential information that cannot be shared with our suppliers given that you have told us the claim charts will be nothing more than a mapping of standards information, which is public, against patent claims, which are also public.  We would like to talk with you tomorrow to walk through these issues with you.  I am sending simultaneously a Zoom invite.  When we last spoke this time slot was free for you.  If it is now filled, please propose some alternate times.

Thank you,
Anne-Marie

---

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Thursday, September 23, 2021 5:57 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-marie,

Perhaps a phone call will clarify what needs to be included in the agreement for a us to reach a meeting of the minds here.  Do you have time to discuss today or tomorrow?  I'm open until 7pm today and tomorrow 11am-12:30pm.  You can reach me on my cell at 512-431-2444

Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Thursday, September 23, 2021 2:01 PM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Hello Craig,
I thought we agreed that Dell would be able to share CI with its suppliers subject to our us letting you know who are suppliers are and our Suppliers executing an NDA equally restrictive as the NDA between Dell and Atlas.  This is discussed in point number 1 from the email dated Sept. 13th.  The document you've attached removed that portion. As you know, Dell will have to be able to discuss functionality of our components with our suppliers.  Therefore, the portion of paragraph 3 discussing sharing CI with our Suppliers must be included within the NDA.  Please let me if you would like to discuss this over a call.
Best,
Anne-Marie

---

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Thursday, September 23, 2021 2:20 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

Following up on my email yesterday, I want to ensure we are executing on the same page--so to speak--and so we've prepared a clean copy of the NDA for Dell's execution. This final draft accepts AGT's proposed changes you agreed to, and rejects Dell's prior changes to paragraph 3, which AGT objected to. I attach a redline showing these final changes.

The attached clean version of the NDA should be in condition for execution by the parties. I look forward to receiving your signature on the NDA.

Best Regards,
Craig

**From:** Craig Yudell
**Sent:** Wednesday, September 22, 2021 8:47 PM
**To:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Hello Anne-Marie,

Thank you for allowing us to reach terms on the agreement. I turn the executed agreement back to you as soon as I receive your signed NDA.

I look forward to speaking with you again about our Atlas licensing program. I am available on Monday 1PM-6PM, Wednesday 11:30AM-6PM, Thursday 9:30AM-6PM, all Central time. Please let me know what time is best for you.

Best,
Craig

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Wednesday, September 22, 2021 3:33 PM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Hello Craig,
We have reviewed your proposed changes. They are acceptable to us. We can get you an executed copy of the NDA in the next couple of days. In parallel, can we coordinate schedules so we can get some time to meet with you and your team again?
Thank you,
Anne-Marie

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Monday, September 13, 2021 4:35 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021


[EXTERNAL EMAIL]

Anne-Marie,

Thank you for your acknowledgement.

Attached find our acceptances and changes to your edits on the NDA.  Two points in our comments I would like to highlight:

1. Your preference to disclose AGT's CI with vendors is problematic due to the highly confidential nature of such information.  For us to agree to your right of disclosure, we would need to know who the supplier is, and further be put in direct privity with the supplier through an NDA so AGT can directly enforce and breach of confidentiality with the supplier.  We have highlighted this language for further discussion.
2. The addition of paragraph 4 is largely duplicative of paragraph 3, which already prohibits use of CI (including oral information).  The major difference is the list of miscellaneous exceptions, which do not appear to have any relation to encouraging an open and frank dialog regarding licensing, so we have eliminated this language.

Please provide me your comments or feel free to call me at your convenience to discuss.  512-431-2444

Best Regards,
Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Monday, September 13, 2021 10:53 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Restricted - Confidential

Hello Craig,
Getting back to you, I can confirm that we do not see a conflict in view of our understanding that you were not part of the Isadore firm and that you did not represent, work on matters related to or bill time to Dell. Based on that, we are also willing to move forward with discussions with you as a representative of Atlas.
Best,
Anne-Marie

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Monday, September 6, 2021 8:00 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

Thank you for your response.  While I appreciate you again agreeing to move forward, you have also again reiterated your "concerns about a potential conflict of interest," rather than putting this issue to rest.  Based on the facts, there is no conflict of interest here. I just need you and your team to agree there is no conflict so we can move on and get to our licensing discussions.

Thank you,
Craig

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Thursday, September 2, 2021 9:52 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>; Michael Kim <mkim@acaciares.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Restricted - Confidential

Dear Craig,

Thank you for providing further clarification regarding our concerns about a potential conflict of interest.  We appreciate you explaining your position.  Based on your explanation, we can agree to move forward; but if we do discover new or different facts, we'd like the opportunity to raise them with you.  If that is acceptable to you, Dell is interested in engaging in RAND licensing negotiations with you.  Please let us know if the changes we have proposed in the attached redline of your NDA are acceptable and if so when would be a convenient time for us to meet again.
Best,
Anne-Marie

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Wednesday, August 25, 2021 12:13 PM
**To:** Dinius, Anne-Marie

**Cc:** Sojoodi, Eman; Peterman, Anthony; Michael Kim
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021


[EXTERNAL EMAIL]

Anne-Marie,

We should address your "concerns" regarding a conflict of interest. I will not negotiate an NDA or have further discussions regarding Atlas's licensing campaign until Dell is relieved of any concern there is any conflict of interest with my engaging with Dell as a representative of Atlas.

As I explained in our meeting, your suppositions below and in a previous email giving rise to your concern are incorrect. Neither myself, nor any law firm with whom I have practiced law has ever represented Dell Technologies or any of its predecessors in any capacity--in law, or otherwise. At no time has any patent prosecution matter or other Dell information, confidential or otherwise, been disclosed to, or been accessible by, either Yudell Isidore PLLC or me. The fact that my former partner provided patent prosecution services to Dell while practicing law with another law firm does not translate into my having an attorney-client relationship or obligation of loyalty to Dell. Consequently, I don't see how I hold any interest that may be in conflict.

Irrespectively, whether or not I held such an interest while a partner with Mr. Isidore, I resigned from my former law firm well before taking my positions with Atlas and Acacia and, most relevant to your concern, months before sending licensing letters to Dell Technologies—the point at which any conceivable conflict could have arisen. Further, I am Atlas' President representing the company as its corporate representative in these discussions and any other activities regarding Dell.

Based on these facts, I do not see any possibility of my having a conflict of interest with regard to my engaging with Dell in this or any other forum. I hope I have relieved you of any concern of any conflict of interest with my representing Atlas vis-a-vis Dell Technologies.

If you no longer have any concern that I have a conflict of interest, please expressly state so and I will turn to your changes on the NDA. Further, notwithstanding the above, because you have made this a distinct issue in our discussion, I want to ensure the issue is conclusively resolved. Therefore, I respectfully request that Dell Technologies expressly waive any conflict of interest I may have with regard to Dell, to the extent any. Alternatively, if your concern remains, we shall conclude our discussions regarding Atlas' SEP patent portfolio and FRAND licensing program.

I look forward to hearing from you in the near future on this matter.

Regards,
Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Tuesday, August 24, 2021 6:57 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Restricted - Confidential

Hello Craig,

Thank you for sending an NDA.  We have made a couple of changes in the attached redline for your consideration.

On another note, we want to reiterate we continue to have concerns regarding a conflict of interest with respect to your prior partnership at the Yudell Isidore law firm.  As you know, your former partner at that firm represents Dell in patent prosecution matters and has received Dell confidential information.  Public records show that the Yudell Isidore law firm was active until at least April 2021. Atlas's ownership of the Wi-Fi 6 patents and your involvement with Acacia appear to predate the dissolution of the Yudell Isidore law firm.

Regards,

Anne-Marie

---

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Tuesday, August 3, 2021 6:05 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

It was a pleasure speaking with you and Eman regarding Atlas' patent portfolio.  As discussed, I attach the slides I swiftly presented to you and a copy of our standard NDA for Dell's review and execution.

As mentioned, we require an obligation of confidentiality before we provide further details on our portfolio's applicability to the 802.11ax standard and our FRAND rates. I can say that the heavily discounted rates we are currently offering early adopters should be extremely attractive to Dell and make the undertaking of an NDA worthwhile. Upon execution of the non-disclosure agreement, we can schedule a time to further discuss the Atlas licensing opportunity.

Please feel free to reach out with any further questions.

Best Regards,
Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Tuesday, August 3, 2021 1:18 PM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Internal Use - Confidential

Hello Craig,
We were on the line for 10 minutes and you did not join.  Do you want to try to rejoin now?
Anne-Marie

---

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Tuesday, August 3, 2021 4:15 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021


[EXTERNAL EMAIL]

Anne-Marie,

It appears you were unable to make our zoom call at the appointed time.  Please let me know what other times you are available this week for our call.

Thank you
Craig

---

**From:** Craig Yudell
**Sent:** Monday, July 26, 2021 12:07 PM
**To:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Anne-Marie,

I am available on Tuesday 8/3, 3:00-3:30 Central Time.  Thank you for scheduling the Zoom call.

Regards,
Craig

---

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Monday, July 26, 2021 11:08 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Internal Use - Confidential

Hello Craig,
Eman and I are free to meet with you during the first week in August.   We are available during the following timeslots, all in Central Time:
Monday 8/2 10:30-11:00 or 1:00-1:30
Tuesday 8/3 11:30-12:00 or 3:00-3:30
Thursday 9:00 to noon.
Please let me know if any of these work for you and I will send out a Zoom invitation.
Best,
Anne-Marie

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Friday, July 16, 2021 6:54 PM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

I was planning on initially having a short call with you to introduce our company and our licensing program.  This information will not be substantive or lengthy, and the call's purpose is to help us craft a detailed and in-depth presentation that will allow Dell to best assess this opportunity.  I don't think this introductory call is worthy of your entire teams' time at this stage. Our discussions would be better served if you and I have the introductory call in the next week or two and then we can schedule the more in-depth conversation with your entire team, and mine, within your open window in 5 weeks time.  If that is acceptable, please let me know the best times for you over the next week or so.

Best,
Craig

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Friday, July 16, 2021 9:59 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

Internal Use - Confidential

Hello Craig,
Looking at the collective schedules of Anthony, Eman and myself, the earliest time slots we have available would be in late August.  If you could let me know a half of an hour slot within the times listed below, I will schedule a meeting for the 4 of us via Zoom.
Monday Aug. 23 2:00-3:00 CT

Tuesday August 24 10:30-12:00 or 1:30-2:30
Thank you,
Anne-Marie

**From:** Craig Yudell <cyudell@acaciares.com>
**Sent:** Thursday, July 15, 2021 10:33 AM
**To:** Dinius, Anne-Marie
**Cc:** Sojoodi, Eman; Peterman, Anthony
**Subject:** RE: Response to Atlas Global Technologies Letter Dated June 21, 2021

[EXTERNAL EMAIL]

Anne-Marie,

We appreciate your response to my letter.  It would be my pleasure to speak with you.

I am open August 3-6 at any time.  Any video platform will work for me but I usually use Teams or Zoom.  Feel free to send me a calendar invite for the time most convenient for you.

I look forward to speaking with you about this licensing opportunity.

Best,
Craig

**From:** Dinius, Anne-Marie <AnneMarie.Dinius@Dell.com>
**Sent:** Monday, July 12, 2021 10:57 AM
**To:** Craig Yudell <cyudell@acaciares.com>
**Cc:** Sojoodi, Eman <EMAN.SOJOODI@Dell.com>; Peterman, Anthony <Anthony.Peterman@dell.com>
**Subject:** Response to Atlas Global Technologies Letter Dated June 21, 2021

Internal Use - Confidential

Dear Mr. Yudell,
We have received your letter dated June 21, 2021 addressed to Rich Rothberg.  Please direct all future communications to me and my colleagues on copy.  Dell values intellectual property rights, including our own and those of third parties – and we are willing to take a FRAND license when appropriate.

Following up on your offer to meet virtually, and looking at our summer schedules, would a date in August work for your team?

One final thing, we note that the Yudell Isidore law firm has been one of Dell's patent prosecution firms for many years.  It appears there was overlap with your engagement with that firm and your representation of Atlas Global.  This issue is concerning to Dell and something we would like to discuss with you.

We look forward to your response.

Take care,
Anne-Marie


**Anne-Marie Dinius** (she/her)
Senior Legal Counsel, IP
**Dell Technologies** | Legal
Office:   +1-512-720-3119
Mobile: +1-650-814-0810
Anne-Marie_Dinius@dell.com

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information and may be subject to attorney-client privilege. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.


[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. [EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.