**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § § | Civil Action No. 6:23-cv-350-ADA |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| **v.** | § § § | |
| **DELL TECHNOLOGIES INC. and DELL INC.,** | § § § § | |
| **Defendants.** | § | |

## DECLARATION OF BLAINE LARSON IN SUPPORT OF ATLAS'S RESPONSE TO DELL'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Blaine Larson, declare as follows:

1.    I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit 1** is presentation given by Craig Yudell of Atlas to Anne-Marie Dinius and Eman Sojoodi of Dell on August 3, 2021. A copy of **Exhibit 1** was provided to Dell that day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September, 2023, at Houston, Texas.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson