# Exhibit 1



# WI-FI 6 STANDARD ESSENTIAL PATENT PORTFOLIO LICENSING OPPORTUNITY

© 2021 Atlas Global Technologies



# AGENDA

**1** Wi-Fi 6 Standard Essential Patent (SEP) Portfolio License Opportunity

**2** About Atlas Global Technologies

**3** History of the Patent Portfolio

**4** Some Inventive Areas Covered by the Portfolio

**5** Patent Portfolio Details

**6** Examples of Wi-Fi 6 Product Applicability

**7** Conclusions and Proposed Next Steps

© 2021 Atlas Global Technologies



# ATLAS GLOBAL TECHNOLOGIES WI-FI 6 PATENT PORTFOLIO LICENSE OPPORTUNITY



**License to one of the premier Wi-Fi 6 (802.11ax) portfolios, originating from NEWRACOM**

- One of the most significant contributors to the 802.11ax standard
- One of the largest 802.11ax SEP portfolios



**176 Issued US Patents, over 100 international assets, and 44 active applications worldwide**

- 122 US issued SEPs
- 54 US issued implementation patents



**Offered Under FRAND License Terms**

- Early adopter discount
- Volume discount



**Fully paid-up, term and running-royalty license options available**

© 2021 Atlas Global Technologies

# ATLAS GLOBAL TECHNOLOGIES (AGT)







### AGT is a subsidiary of Acacia Research Group

Formed in 2020 to license the NEWRACOM patent portfolio

AGT owns all the NEWRACOM 802.11ax/ Wi-Fi 6 patents and all licensing rights



### NEWRACOM is a pioneer in 802.11ax technology

Formed in 2014 by ex-ETRI (Electronics & Telecommunications Research Institute) employees

Goal to be a fabless supplier of Wi-Fi chipsets

Participated heavily in the 802.11ax standard process

© 2021 Atlas Global Technologies

# NEWRACOM'S SIGNIFICANT TECHNICAL CONTRIBUTION TO THE 802.11AX STANDARD



**IEEE Standards Association (IEEE 802.11)**



## Mobilizing W/G

**3** chairs

| 802.11ah W/G Chair |
| --- |
| 802.11ah PHY adhoc Chair |
| 802.11ax MAC adhoc Chair |



## Drafting the Standard

**95** Drafts/
Ranked **#1**

| No. | Affiliate | No. of Submissions |
| --- | --- | --- |
| 1 | **NEWRACOM** | **95** |
| 2 | Huawei | 86 |
| 3 | Qualcomm | 60 |
| 4 | Marvell | 54 |
| 5 | MediaTek | 47 |
| 6 | LG | 40 |
| 7 | Intel | 39 |



## Balloting

**22** Voted On/
Ranked **#3**

| No. | Affiliate | No. of Submissions |
| --- | --- | --- |
| 1 | Qualcomm | 35 |
| 2 | Huawei | 29 |
| 3 | **NEWRACOM** | **22** |
| 4 | Intel | 19 |
| 5 | Broadcom | 16 |
| 6 | LG | 15 |
| 7 | MediaTek | 13 |



## Final Approval

**17** Adopted/
Ranked **#5**

| No. | Affiliate | No. of Submissions adopted |
| --- | --- | --- |
| 1 | Marvell | 32 |
| 2 | Qualcomm | 26 |
| 3 | Huawei | 19 |
| 4 | Intel | 18 |
| 5 | **NEWRACOM** | **17** |
| 6 | LG | 15 |
| 7 | Broadcom | 9 |

**Securing Standard Essential Patents (SEPs)**



## Develop Inventions to Improve Existing Wi-Fi Technology



## Provisional Patent Applications

**460+** filed



## Non-Provisional Patent Applications

**330+** filed



## Patents Granted

**160+** granted



© 2021 Atlas Global Technologies

# NEWRACOM'S SIGNIFICANT TECHNICAL CONTRIBUTION TO THE 802.11AX STANDARD (CONT.)



## NGB corporation — Essentiality Report on Wi-Fi 6 Patents



Number of contributions in Wi-Fi 6 standard



Number of Wi-Fi 6 SEP families (active granted patent families)



NEWRACOM Leadership in Standardization

© 2021 Atlas Global Technologies

# SOME TECHNICAL CONTRIBUTIONS COVERED BY THE NEWRACOM PORTFOLIO



## Sample Inventive Areas of the Portfolio

- **Trigger frame structure**
  - Station (STA) synchronization
  - Frame format purpose and action
  - Combining trigger information and downlink data
  - Multiple triggers in one frame
- **Simultaneous Multi-Use Acknowledgment (MU-ACK)**

▶

- **Key to Wi-Fi 6 efficiency, including**
  - Greater than 2x uplink performance improvement
  - Dramatically increased efficiency in densely populated environments

- **PPDU Structure**

▶

- **Key to coexistence and backwards compatibility**

- **Spatial Reuse**
- **Beamforming Signaling**

▶

- **Allows more devices to occupy the same space**
  - More efficient use of spectrum
  - Reduced power consumption
  - Longer range

- **Link Adaptation**

▶

- **Better performance in crowded environments**

- **Multi-User Synchronization**
- **RTS/CTS Signaling**

▶

- **Critical to Wi-Fi 6 Operation**
- **Reduces STA power consumption**

© 2021 Atlas Global Technologies

# ATLAS GLOBAL PATENT PORTFOLIO DETAILS



| GROUP | STATUS | US | KR | EP | CN | IN | Other | Total |
|---|---|---|---|---|---|---|---|---|
| **SEP** | Issued/Allowed | 129 | - | 33 | 5 | - | 11 | 178 |
| | Pending | 18 | 28 | 12 | 10 | 15 | 5 | 88 |
| **Implementation** | Issued/Allowed | 55 | 1 | - | - | - | - | 56 |
| | Pending | 5 | 37 | 1 | - | - | - | 43 |
| **Totals** | Issued/Allowed | 184 | 1 | 33 | 5 | - | 11 | 234 |
| | Pending | 23 | 65 | 13 | 10 | 15 | 5 | 131 |

© 2021 Atlas Global Technologies

# EXAMPLES OF WI-FI 6 PRODUCT APPLICABILITY





# CONCLUSIONS & PROPOSED NEXT STEPS



**License to one of the premier Wi-Fi 6 (802.11ax) portfolios with 122 issued US SEPs**



**Offered under FRAND license terms**

- Early adopter discount
- Volume discount



**Fully paid-up, term and running-royalty license options available**



**Additional Meeting to discuss**

- Further details
- Product applicability
- License options

© 2021 Atlas Global Technologies