**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § | **Civil Action No. 6:23-cv-350-ADA** |
| | § § | |
| **Plaintiff,** | § | **Jury Trial Requested** |
| | § § | |
| **v.** | § § | |
| | § | |
| **DELL TECHNOLOGIES INC. and DELL INC.,** | § § § | |
| | § | |
| **Defendants.** | | |

## ORDER DENYING DELL'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Before the Court is Dell's Motion to Dismiss the Second Amended Complaint. The Motion

is DENIED.