# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § § | Civil Action No. 6:23-cv-00350 |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| v. | § § § | |
| **DELL TECHNOLOGIES INC. AND DELL INC.** | § § § § | |
| **Defendant.** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Atlas Global Technologies LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Dell Technologies Inc. and Dell Inc. (collectively, "Defendants" or "Dell") announced to the Court that they have resolved Plaintiff's claims for relief against Dell asserted in this case and Dell's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Dell have therefore requested that the Court dismiss Plaintiff's claims for relief against Dell with prejudice and Dell's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against Dell are dismissed with prejudice and Dell's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 24th day of January, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE